IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

CASE NO.: 13-81120-CIV-RYSKMP\HOPKINS

ALEX DIANA,

      Plaintiff,

vs.

COSMETIC SOLUTIONS, LLC,

      Defendant.

_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

      Plaintiff, ALEX DIANA, through his undersigned attorney, and pursuant to Federal Rule

of Civil Procedure 41(a)(1), hereby files this Notice of Dismissal without Prejudice.

Dated: March 4, 2014
Plantation, Florida

                      Respectfully submitted,

                      */s/ Robert S. Norell*
                      Robert S. Norell, Esq. (Fla. Bar No. 996777)
                      E-Mail: rob@floridawagelaw.com
                      ROBERT S. NORELL, P.A.
                      300 N.W. 70th Avenue
                      Suite 305
                      Plantation, Florida 33317
                      Telephone: (954) 617-6017
                      Facsimile: (954) 617-6018
                      Counsel for Plaintiff

## Certificate of Service

I hereby certify that on March 4, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:   */s/Robert S. Norell*
      Robert S. Norell


## Service List
Case No.: 13-81120-CIV-RYSKMP\HOPKINS

Robert S. Norell, Esq.
E-Mail: rob@floridawagelaw.com
ROBERT S. NORELL, P.A.
300 N.W. 70th Avenue
Suite 305
Plantation, FL 33317
Tel.: (954) 617-6017
Fax: (954) 617-6018
Attorney for Plaintiff

Bernardo Burstein, Esq.
E-Mail: bburstein@bursteinpa.com
BURSTEIN & ASSOCIATES, P.A.
744 N.E. 125th Street
North Miami, FL 33161
Tel.: (305) 981-9033
Fax: (305) 981-9034
Attorney for Defendant
Method of Service: CM/ECF